UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-10832
HON. PATRICK J. DUGGAN

BRENDA ARNOLD,
               Plaintiff(s),
-V-
CITIZENS FIRST BANCORP, INC.,
               Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne State of Michigan on December 8, 2009,

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
                     UNITED STATES DISTRICT JUDGE

The parties having stipulated to dismiss the above action with prejudice as set forth on the record, now therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice and without costs.

               s/Patrick J. Duggan
               United States District Judge

Dated: September 15, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of record on September 15, 2009 by electronic and/or ordinary mail.

               s/Marilyn Orem
               Case Manager

Approved as to
form and substance:

_____
Joey Niskar
Attorney for Plaintiff(s)

_____
Gary Fletcher
Attorney for Defendant(s)